# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fawsett, Patricia C. | U.S. District Court FL-M | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge, Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

401 W. Central Blvd
Orlando
FL
32801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Edward D. Jones Financial Companies LLLP, Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | U.S. Bank National National Association | Bank Loan | J |
| 3. | Chase Bank | Bank Loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fawsett, Patricia C. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN FUNDS-American Balanced Fund A | B | Int./Div. | L | T | | | | | |
| 2. AMERICAN FUNDS-Income Fund of America A | C | Int./Div. | L | T | | | | | |
| 3. _____ / Orange Cty FL Real Estate | | None | J | R | | | | | |
| 4. ANCH NATL LIFE INS ANNTY / Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 5. ANCH NATL LIFE INS ANNTY / Polaris II / Amer Global growth | A | Dividend | K | T | | | | | |
| 6. ANCH NATL LIFE INS ANNTY / Polaris II / Amer Intl Div Equity | A | Dividend | K | T | | | | | |
| 7. ANCH NATL LIFE INS ANNTY / Polaris II / MFS MidCap Grth | A | Dividend | J | T | | | | | |
| 8. ANCH NATL LIFE INS ANNTY / Polaris II / MFS TL Return | A | Dividend | K | T | | | | | |
| 9. Edward Jones Money market | A | Dividend | J | T | | | | | |
| 10. American Funds-Capital World Bond Fund A | B | Int./Div. | L | T | Sold (part) | 02/13/12 | J | C | |
| 11. American Funds-Capital World Growth & Income A | A | Int./Div. | K | T | | | | | |
| 12. Edward Jones Profit sharing | C | Dividend | L | T | | | | | |
| 13. Edward Jones 401K (x) | C | Int./Div. | K | T | | | | | |
| 14. American Small Cap World Fund | A | Dividend | J | T | | | | | |
| 15. American Funds-New World Fund A | A | Dividend | K | T | | | | | |
| 16. American Funds-Small Cap World Funds A | A | Dividend | J | T | | | | | |
| 17. Franklin Templeton Funds-Natural Resources Fund A | A | Dividend | J | T | Sold (part) | 09/25/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Templeton Funds- China Fund A | A | Dividend | K | T | Sold (part) | 09/25/12 | J | C | |
| 19. Franklin Templeton Funds-BRIC Fund A | A | Dividend | J | T | Sold (part) | 09/25/12 | J | A | |
| 20. Limited Partnership in Jones Financial Cos, LLLP | E | Distribution | M | U | | | | | |
| 21. Apple Common Stock AAPL | A | Dividend | K | T | Buy (add'l) | 05/15/12 | J | | |
| 22. McDonalds Common Stock- MCD | A | Dividend | J | T | | | | | |
| 23. Suncor Common Stock SU | A | Dividend | J | T | | | | | |
| 24. 3M Common Stock MMM | A | Dividend | J | T | | | | | |
| 25. Southern Companies Common Stock- SO | A | Dividend | J | T | Sold (part) | 05/15/12 | J | C | |
| 26. Alliance Bernstein Funds- Balanced Wealth Strategies Fund A | A | Dividend | K | T | | | | | |
| 27. Alliance Bernstein Funds- High Income Fund A | C | Dividend | K | T | | | | | |
| 28. American Funds- US Govt Fund A | B | Dividend | L | T | Sold (part) | 02/13/12 | J | | |
| 29. American Funds- US Govt Securities fund A | A | Dividend | J | T | | | | | |
| 30. American Funds - Growth Fund of America - AGTHX | A | Dividend | K | T | | | | | |
| 31. Templeton Growth Fund A - TEPLX | A | Dividend | K | T | Buy (add'l) | 12/03/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/03/12 | J | | |
| 33. Ford Common Stock- F | A | Dividend | | | Sold | 12/10/12 | J | | |
| 34. Apple (APPL) Common stock | A | Dividend | K | T | Buy (add'l) | 05/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Boeing (BA) Common stock | A | Dividend | K | T | | | | | |
| 36. Conoco Phillips (COP) Common stock | A | Dividend | J | T | | | | | |
| 37. General Dynamics (GD) Common Stcok | A | Dividend | K | T | | | | | |
| 38. Illinois Tool Works (ITW) Common stock | A | Dividend | J | T | | | | | |
| 39. Nike (NKE) Common stock | A | Dividend | K | T | | | | | |
| 40. Proctor & Gamble (PG) Common stock | A | Dividend | K | T | | | | | |
| 41. Sysco (SYY) Common Stock | A | Dividend | K | T | | | | | |
| 42. Teva (TEVA) Pharmacuticals Common Stock | A | Dividend | J | T | | | | | |
| 43. Minnesota Mining & Manufacturing (MMM) Common stock | A | Dividend | K | T | | | | | |
| 44. Franklin Gold & Precious Metals(FKCRX) mutual fund | A | Dividend | J | T | Sold (part) | 09/25/12 | J | | |
| 45. Franklin Total Return (FKBAX) mutual fund | A | Dividend | K | T | | | | | |
| 46. .Franklin US Govt Securities (FKUSX) mutual fund | A | Dividend | L | T | | | | | |
| 47. American Intermediate Bond Fund (AIBAX) | A | Dividend | K | T | | | | | |
| 48. Lord Abbeet Bond Debenture (LBNDX) mutual fund | A | Dividend | K | T | Sold (part) | 09/25/12 | J | B | |
| 49. Templeton Global Bond (TPINX) mutual fund | A | Dividend | K | T | | | | | |
| 50. I Shares ETF-Oil Euip & Servces IEZ | A | Dividend | | | Sold (part) | 02/21/12 | J | | |
| 51. | | | | | Sold | 12/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. I Shares ETF-No Am Tech IGV | A | Dividend | | | Sold (part) | 02/21/12 | J | | |
| 53. | | | | | Sold | 12/10/12 | J | | |
| 54. I Shares ETF- US Basic Material IYM | A | Dividend | | | Sold (part) | 02/21/12 | J | | |
| 55. | | | | | Sold | 12/10/12 | J | | |
| 56. I Shares ETF-Sml Grth Index JKK | A | Dividend | | | Sold (part) | 02/21/12 | J | | |
| 57. | | | | | Sold | 12/10/12 | J | | |
| 58. I Shares ETF-So Korea Index EWY | A | Dividend | | | Sold (part) | 02/21/12 | J | | |
| 59. | | | | | Sold | 12/10/12 | J | | |
| 60. Franklin US Govt (FKUSX) mutual fund | A | Dividend | J | T | | | | | |
| 61. First Trust Capital Strength Series ___ UIT | A | Dividend | K | T | Buy | 09/25/12 | K | | |
| 62. First Trust Global Dividend Series ___ UIT | A | Dividend | K | T | Buy | 09/25/12 | K | | |
| 63. First Trust Tax Exempt Muni Series ___ UIT | A | Dividend | K | T | Buy | 12/24/12 | L | | |
| 64. Protective UL Life Policy | | None | J | T | Buy | 02/20/12 | J | | |
| 65. Genworth Financial GNW | | None | K | T | Buy | 05/12/12 | J | | |
| 66. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 67. JP Morgan JPM | A | Dividend | K | T | Buy | 05/15/12 | J | | |
| 68. | | | | | Buy (add'l) | 12/24/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Phillips PSX | A | Dividend | J | T | Spinoff (from line 36) | 04/30/12 | J | | |
| 70. American Funds Growth Fund of America AGTHX | A | Dividend | J | T | Buy | 05/21/12 | J | | |
| 71. | | | | | Buy (add'l) | 12/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, Line 3, ⬛⬛⬛⬛⬛⬛⬛⬛⬛/Orange Cty FL Real Estate purchased on 1/21/1986 for a purchase price of $5000

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia C. Fawsett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544